384 A.2d 997

Heilman v. The Kelly-Springfield Tire Company,
Appellant et al.

Heilman v. The Kelly-Springfield Tire Company (et
al., Appellant) et al.

Argued November 17, 1977.  Robert G. Simasek, with him
Stein & Winters, for appellant at No. 732;  Andrew J.
Banyas, III, with him Michael V. Gilberti, Jr., for appellant

at No. 777; Eugene F. Scanlon, Jr., Ronald P. Koerner, and Andrew J. Banyas, III, with them W. Arch Irvin, Jr., for appellee, at Nos. 732 and 777.

Orders and judgments affirmed.